IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-094-Z |
| | § | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Motion to Transfer for Lack of Subject Matter Jurisdiction under 28 U.S.C. § 1631 and Motion for a Stay Pending Resolution of the Motion ("Motion") (ECF No. 7), filed on April 29, 2022. Currently, Plaintiff's response to the Motion is due on Friday, May 20, 2022. *See* N.D. TEX. L.R. 7.1(e).

To expeditiously address this procedural Motion, the Court **ORDERS** Plaintiff to file its response **on or before Friday, May 6, 2022, 5:00 p.m. (CDT)**. The Court **ORDERS** Defendants to file a reply **on or before Wednesday, May 11, 2022, 5:00 p.m. (CDT)**. The Court further **ORDERS** each party to separately address the United State Supreme Court's recent order in *Biden v. Texas*. *See* No. 21-954, 2022 WL 1299971 (May 2, 2022). Specifically, parties must brief "[w]hether 8 U.S.C. § 1252(f)(1) imposes any jurisdictional or remedial limitations on the entry of injunctive relief, declaratory relief, or relief under 5 U.S.C. § 706" and "[w]hether such limitations are subject to forfeiture." *Id.* at 1. Parties' separate briefs must be filed **on or before Friday, May 20, 2022, at 5:00 p.m. (CST)**.

**SO ORDERED.**

May __3__, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE