IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-094-Z |
| | § | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Response and Reply Deadlines ("Motion") (ECF No. 12), filed on May 4, 2022. After considering the parties' pleadings, the Court **GRANTS** the Motion and **ORDERS** Plaintiff to file its response **on or before Monday, May 9, 2022, at 5:00 p.m. (CDT)**. The Court **ORDERS** Defendants to file their reply **on or before Monday, May 16, 2022, at 5:00 p.m. (CDT)**. This Order does not alter any other deadlines previously addressed.

**SO ORDERED**.

May 5, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE