**United States District Court**
**Northern District of Texas**
**Amarillo Division**

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official<br>  capacity as Secretary of Homeland<br>  Security, *et al.*,<br>    *Defendants.* | Case 2:22-cv-00094 |

## Texas's Motion for Preliminary Injunction

As set forth in its accompanying brief, the State of Texas moves that the Court issue a preliminary injunction prohibiting the Defendants from implementing their Interim Final Rule, *Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers*, 87 Fed. Reg. 18,078 (Mar. 29, 2022), or, in the alternative, postponing or staying its effective date.

The parties are conferring on how to proceed with this case and will file a joint status report with the Court no later than tomorrow.

Dated May 23, 2022.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted,

*/s/ Aaron F. Reitz*
AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov

GENE P. HAMILTON
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

## Certificate of Conference

I certify that on May 23, 2022, I conferred with Brian Ward, counsel for the Defendants, and he informed me that the Defendants oppose this motion.

*/s/ Leif A. Olson*

## Certificate of Service

I certify that on May 23, 2022, this brief was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Aaron F. Reitz*