IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | § | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-094-Z |
| | § | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § § § § | |
| | § | |
| Defendants. | § | |

### ORDER

On May 23, 2022, Plaintiff filed a Motion for Preliminary Injunction ("Motion") (ECF No. 20). The Court hereby **ORDERS** Defendants to file a response to Plaintiff's Motion **on or before Thursday, May 26, 2022, 11:59 p.m. (CDT)**. The Court **ORDERS** Plaintiff to file a reply **on or before Friday, May 27, 2022, 11:59 p.m. (CDT)**.

**SO ORDERED**.

May 23, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE