IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-00094-Z |
| ) | |
| ALEJANDRO MAYORKAS, ) | |
| in his official capacity as ) | |
| Secretary of Homeland Security, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**JOINT MOTION FOR CLARIFICATION OF ORDER CONCERNING PAGE LIMITS**

The parties jointly request that the Court clarify its May 23 order (ECF 22) granting Plaintiff's request for an enlargement of pages. In that order, the Court ruled that "[b]oth parties may file briefs on Plaintiff's Motion for a Preliminary Injunction not exceeding 45 pages including the caption, tables, signature block, and certificate of service' and that "Plaintiff may file a reply brief not to exceed 20 pages including same."

The parties, however, had met and conferred and agreed to jointly request that both parties' primary briefs be limited to 45 pages *exclusive* of captions, tables, signature block, etc., and that Plaintiff's reply brief be limited to 20 pages, with the same limitation. Having conferred further, it appears that Plaintiff's motion contained a typo, requesting "leave of Court to file a brief in excess of the page limit, not to exceed 45 pages, *including* the caption, tables, signature block, and certificate of service." ECF 19 at 1 (emphasis added). The proposed order submitted, however, provides that "it is ORDERED that Plaintiff's Motion is Granted, and may file its Motion for

1

Preliminary Injunction, in excess of the page limit for non-dispositive motions and responses as set forth in the local rules but not to exceed 45 pages *exclusive* of the caption, tables, signature block and certificate of service." ECF 19-1 at 1 (emphasis added).

The parties apologize to the Court for the error and jointly request that the Court clarify its order to provide both parties 45 pages exclusive of caption, tables, signature block, and certificates, *see* Local Rule 7.2(c) on their primary briefs, and Plaintiff 20 pages exclusive of the same on their reply brief.

Dated:   May 24, 2022  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

*/s/ Erez Reuveni*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
450 5th St NW
Washington, DC 20530
Tel: (202) 307-4293
Email: erez.r.reuveni@usdoj.gov

BRIAN C. WARD
*Senior Litigation Counsel*

*Counsel for Defendants*

KEN PAXTON  
Attorney General of Texas

BRENT WEBSTER  
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL  
P.O. Box 12548  
Austin, Texas 78711-2548  
(512) 936-1700

AARON F. REITZ  
*Lead Counsel*  
Deputy Attorney General for Legal Strategy  
Texas Bar No. 24105704  
aaron.reitz@oag.texas.gov

LEIF A. OLSON  
Special Counsel  
Texas Bar No. 24032801  
leif.olson@oag.texas.gov

GENE P. HAMILTON  
America First Legal Foundation  
300 Independence Avenue SE  
Washington, DC 20003  
(202) 964-3721  
gene.hamilton@aflegal.org

*Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 24, 2022, I conferred with counsel for Plaintiff about the relief requested in this motion. Plaintiff opposes this motion.

/s/ *Erez Reuveni*
EREZ REUVENI
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Erez Reuveni*
EREZ REUVENI
U.S. Department of Justice