IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § § § § § | |
| Defendants. | § § | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 24 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

# ORDER

Before the Court is parties' Joint Motion for Clarification of Order Concerning Page Limits ("Motion") (ECF No. 25), filed on May 24, 2022. Having considered the pleading, the Court **GRANTS** the Motion. Both parties may file briefs on Plaintiff's Motion for a Preliminary Injunction not exceeding 45 pages *excluding* the caption, tables, signature block, and certificate of service. Plaintiff may file a reply brief not to exceed 20 pages *excluding* same.

**SO ORDERED.**

May 24, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE