IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, | § |
| Plaintiff, | § |
| v. | §  2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § |
| Defendants. | § |

# ORDER

On May 27, 2022, parties filed proposed briefing schedules with the Court. *See* ECF Nos. 58, 59. Having considered the proposed briefing schedules, the Court **ORDERS**:

- Defendants to produce to Plaintiff the administrative record for the interim final rule at issue **on or before June 3, 2022**;

- Parties to complete limited jurisdictional discovery into Texas's alleged injuries and standing to sue. All jurisdictional discovery requests must be sent **on or before June 15, 2022**. All jurisdictional discovery must be completed **on or before July 1, 2022**;

- Parties to submit updated proposals for additional briefing and proceedings **on or before July 6, 2022**.

The Court **STAYS** Defendant's deadline to file an answer. The Court's stay of Defendant's deadline to respond to Plaintiff's Motion for Preliminary Injunction (ECF No. 20) remains in effect. The Court will reconsider these deadlines after completion of the limited jurisdictional discovery.

**SO ORDERED**.

May 31, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE