IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § § § § § | |
| Defendants. | § § | |

## ORDER

On June 24, 2022, parties filed a Joint Motion to Extend Schedule ("Motion") (ECF No. 65) requesting a 14-day extension to complete jurisdictional discovery and submit updated proposals for additional briefing and proceedings. *See* ECF No. 65 at 1. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS**:

- Parties must complete all jurisdictional discovery **on or before July 15, 2022**; and

- Parties must submit updated proposals for additional briefing and proceedings **on or before July 20, 2022.**

**SO ORDERED**.

June 29, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE