United States District Court
Northern District of Texas
Amarillo Division

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff,*<br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,<br>    *Defendants.* | Case 2:22-cv-00094 |

### Joint Status Report on Additional Briefing and Proceedings and Request for Brief Extension to Submit Proposals

The Court directed the parties in its June 29 order, ECF No. 66, to submit proposals for additional proceedings and briefing in this matter by July 20, 2022. The parties have conferred extensively about the discovery sought in this case and the best means of resolving their claims and defenses. Following those discussions, Texas has decided to withdraw its preliminary-injunction motion, ECF No. 20, and the parties agreed to delay their noticed depositions and outstanding discovery obligations so discovery could be consolidated within a single period as part of a more comprehensive schedule. The parties have conferred and exchanged proposals for that schedule, but request a brief extension to allow the parties to confer further and attempt to narrow current areas of disagreement.

Accordingly, the parties respectfully request that the Court extend the deadline to provide proposals for additional proceedings and briefing by 3 business days to Monday, July 25, 2022.

| | |
|---|---|
| Dated July 20, 2022. | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br> Attorney General |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>District Court Section |
| AARON F. REITZ<br>*Lead Counsel*<br>Deputy Attorney General<br> for Legal Strategy<br>Texas Bar No. 24105704<br>aaron.reitz@oag.texas.gov | EREZ REUVENI<br>Assistant Director |
| /s/ Leif A. Olson<br>LEIF A. OLSON<br>Special Counsel<br>Texas Bar No. 24032801<br>leif.olson@oag.texas.gov | /s/ Brian C. Ward<br>BRIAN C. WARD<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 616-9121<br>brian.c.ward@usdoj.gov |
| OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700 | |
| GENE P. HAMILTON<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org | *Counsel for Defendants* |

*Counsel for the State of Texas*

### Certificate of Service

I certify that on July 20, 2022, I filed this document through the Court's EM/ECF system, which serves it upon all counsel of record.

/s/ Leif A. Olson