IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | 2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | | |
| Defendants. | | |

**ORDER**

On July 20, 2022, parties filed a Joint Status Report on Additional Briefing and Proceedings and Request for Brief Extension to Submit Proposals ("Motion") (ECF No. 69). In the Motion, parties inform the Court that after extensive discussions: (1) Plaintiff has decided to withdraw its preliminary-injunction motion (ECF No. 20); and (2) parties have agreed "to delay their noticed depositions and outstanding discovery obligations so discovery could be consolidated within a single period as part of a more comprehensive schedule." ECF No. 69 at 1.

Whereas parties have conferred and exchanged schedule proposals — in the interest of allowing time to further confer and attempt to narrow areas of disagreement — parties request an extension to provide proposals for additional briefing and proceedings to Monday, July 25, 2022. Having considered the Motion, the Court **GRANTS** the Motion. The Court acknowledges withdrawal of Plaintiff's preliminary-injunction motion (ECF No. 20) and **ORDERS** parties to submit proposals for additional briefing and proceedings **on or before July 25, 2022.**

**SO ORDERED.**

July 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE