IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-094-Z |
| | § | |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is parties' Joint Motion to Extend Schedule ("Motion") (ECF No. 79), filed on September 20, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion. The Court **ORDERS**:

- Parties complete all jurisdictional discovery on or before Friday, November 4, 2022; and

- Defendants answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on or before Friday, November 18, 2022.

**SO ORDERED.**

September 20, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE