IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
    MAR 20 2023
CLERK, U.S. DISTRICT COURT
By
              Deputy
```

THE STATE OF TEXAS,

      Plaintiff,

v.

ALEJANDRO MAYORKAS, in his
official capacity as Secretary of
Homeland Security, *et al.*,

      Defendants.

2:22-CV-094-Z

## ORDER

Before the Court is parties' Joint Motion to Extend Schedule ("Motion") (ECF No. 83).

Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion. The

Court **ORDERS**:

- Parties must complete all jurisdictional discovery on or before Friday, March 31, 2023; and

- Defendants must answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on or before Friday, April 28, 2023.

The Court advises the parties not to file another motion to extend deadlines *on the day* of

a deadline. *See* ECF No. 83 (filed on January 20, 2023, to extend a January 20, 2023, deadline);

*see also* ECF No. 81 (filed on November 4, 2022, to extend a November 4, 2022, deadline).

**SO ORDERED**.

March 20, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE