IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, | |
| Plaintiff, | |
| v. | 2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is parties' Joint Motion to Extend Schedule ("Motion") (ECF No. 85). Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion. The Court **ORDERS**:

- Parties must complete all jurisdictional discovery on or before Friday, May 26, 2023; and

- Defendants must answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on or before Friday, June 23, 2023.

**SO ORDERED.**

March 28, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE