**United States District Court**
**Northern District of Texas**
**Amarillo Division**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br>    *Defendants*. | Case No. 2:22-CV-00094-Z |

## UNOPPOSED MOTION OF PLAINTIFF STATE OF TEXAS FOR WITHDRAWAL OF COUNSEL

Plaintiffs' file this file this Unopposed Motion to Withdraw Aaron Reitz as their attorney in this matter.

Aaron Reitz has accepted a position outside the Office of the Attorney General of Texas, and the State Defendants respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below, with Leif A. Olson as Lead Counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated: June 1, 2023.            Respectfully submitted.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

/s/ *Leif A. Olson*
LEIF A. OLSON
Chief, Special Litigation Division
Tex. State Bar No. 24032801
leif.olson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

GENE P. HAMILTON
America First Legal Foundation 300
Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

On June 1, 2023, this notice was filed through the Court's ECF system, which automatically serves it upon all counsel of record.

/s/ *Leif A. Olson*