IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE STATE OF TEXAS,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,

    Defendants.

2:22-CV-094-Z

## ORDER

Before the Court is parties' Joint Motion to Extend Schedule ("Motion") (ECF No. 87). This is the parties' fifth request to extend the schedule to complete jurisdictional discovery and for Defendants to answer, move to dismiss, or otherwise respond. *See* ECF Nos. 65, 79, 81, and 85. Jurisdictional discovery has now been delayed more than one year. *See* ECF No. 60. Moreover, this case is now in the *ninth* month with *only* extension requests and orders granting those requests. The Court **GRANTS** the Motion as modified. The Court **ORDERS**:

- Parties must complete all jurisdictional discovery on or before Friday, August 4, 2023; and

- Defendants must answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on or before Friday, September 1, 2023.

Parties are admonished that further extension requests must be supported by circumstances other than those proffered in prior requests.

**SO ORDERED.**
June 6, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE