**United States District Court**
**Northern District of Texas**
**Amarillo Division**

STATE OF TEXAS,

   *Plaintiff,*

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,

   *Defendants.*

Case No. 2:22-cv-00094

### TEXAS'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

On July 12, 2023, Defendants filed a Motion to Compel Discovery Responses. ECF No. 93. Defendants filed their Motion to Compel "in an abundance of caution" given the approaching discovery deadline. *Id.* at 1. The basis of the Motion was to protect Defendants in the event Texas failed to respond to their discovery requests before the deadline. *Id.* at 3–4. On July 28, Texas answered Defendants' interrogatories and responded to its requests for production and admission. As Defendants explained in their Motion, "the only issue at this point appears to be timing of Texas's responses and the opportunity to conduct depositions if necessary before discovery closes." *Id.* at 4. In addition to responding to Defendants' discovery requests, Texas has agreed to a jointly proposed schedule that allows the Defendants sufficient time to review discovery responses before further proceedings with the case. *See* ECF No. 94.

There is no need for the Court to compel Texas to comply with its discovery obligations because it has done so and will continue to do so. Texas is conferring with State agencies and working with the Defendants to identify proper witnesses and schedules should they decide that they require deposition testimony in addition to the written

discovery. With new counsel involved with the case as of today, Texas will continue to work with Defendants to resolve any outstanding discovery issues.

If Defendants do not decide to withdraw it, Texas respectfully requests that their Motion to Compel be denied.

Date: August 2, 2023

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

Respectfully submitted,

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
Texas Bar No. 24105085

ETHAN SZUMANSKI
Assistant Attorney General
Texas Bar No. 24123966

OFFICE OF THE ATTORNEY GENERAL
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
ethan.szumanski@oag.texas.gov

Gene P. Hamilton
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

COUNSEL FOR PLAINTIFF STATE OF TEXAS

## Certificate of Service

I certify that on August 2, 2023, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

*/s/ Ryan D. Walters*
RYAN D. WALTERS