IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | 2:22-CV-094-Z |

AUG 2 2023 PM 5:00
FILED - USDC - NDTX - AM

## ORDER

Before the Court is Defendants' Motion to Compel Discovery Responses (ECF No. 93) ("Motion"), filed on July 12, 2023. The parties have been admonished regarding significant delays in completing discovery. *See* ECF No. 92. Defendants seek to "compel responses to the outstanding discovery" and simultaneously report that "Texas has represented that they plan to provide responses." ECF No. 93 at 1. The Motion is made "in an abundance of caution given the upcoming deadline." *Id.* The Court appreciates Defendants' attempt at diligence but finds the Motion is not essential given Texas's representations of their intentions. However, if Texas fails to meet the discovery deadline and good cause for such failure is not shown, Defendants may file any necessary motions for remedy at that time. The Motion is therefore **DENIED**.

**SO ORDERED.**

August 2, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE