IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | 2:22-CV-094-Z |

**ORDER**

Before the Court is *another* Joint Motion to Extend Schedule ("Motion") (ECF No. 94). *See also* ECF Nos. 65, 79, 81, 85, 87. The parties requested that close of discovery be extended until 30 days after resolution of Defendants' motion to compel (ECF No. 93). The Court issued an order on August 2, 2023 denying the motion to compel. *See* ECF No. 96. Accordingly, the Court **GRANTS** the Motion and **ORDERS** as follows:

- Parties must complete all jurisdictional discovery on or before **Friday, September 1, 2023**; and

- Defendants must answer, move to dismiss, or otherwise respond to Plaintiff's Complaint on or before **Monday, October 2, 2023**.

This is the last extension that will be freely given. Further extension requests by either party — if any — will require a hearing attended by both parties.

**SO ORDERED.**

August 4, 2023

　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE