IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    Defendants. | 2:22-CV-094-Z |

**ORDER**

Before the Court is the Immigration Reform Law Institute's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 112), filed on November 3, 2023. Gina M. D'Andrea ("Applicant") is an attorney licensed in Washington, D.C., and she informs the Court that her local counsel of record has offices in Frisco, Texas. *Id.* at 1, 3.

However, Local Rule 83.10 states that "local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." Local counsel "means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." *Id.* Accordingly, the Application is **DEFERRED** for fourteen days to provide Applicant with time to identify local counsel within 50 miles of this courthouse.

**SO ORDERED**.

November _7_, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE