**United States District Court**
**Northern District of Texas**
**Amarillo Division**

| | |
|---|---|
| STATE OF TEXAS,<br><br> *Plaintiff*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br> *Defendants*. | Case No. 2:22-cv-00094 |

## MOTION FOR LEAVE TO APPEAR WITH CURRENT TEXAS COUNSEL

Pursuant to Local Civil Rule 83.10(a), Gina M. D'Andrea hereby moves for leave to proceed *pro hac vice* in the above-captioned case with current Texas counsel and without counsel located within fifty (50) miles of the courthouse. In support of this motion, movant submits that current Texas counsel, Paul M. Davis is a member of the State Bar of Texas and the bar of this Court and maintains an office at 9355 John W. Elliott Dr., Suite 25454, Frisco, Texas. Mr. Davis has previously served as local counsel for movant and *amicus curiae* the Immigration Reform Law Institute in this District, is familiar with the local rules of this Court and is available to attend hearings called by the Court on short notice.

//

//

//

//

Dated: November 21, 2023           Respectfully submitted,

           /s/ Gina M. D'Andrea

Gina M. D'Andrea
Immigration Reform Law Institute
25 Massachusetts Ave NW, Suite 335
Washington, DC 20001
202.232.5590
gdandrea@irli.org

Paul M. Davis
Paul M. Davis & Associates, P.C.
9355 John W. Elliott Dr., Suite 25454
Frisco, Texas 75033
945-348-7884
paul@fireduptxlawyer.com