IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, | |
| Plaintiff, | |
| v. | 2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is the Immigration Reform Law Institute's ("IRLI") Motion for Leave to Appear with Current Texas Counsel ("Motion") (ECF No. 118), filed on November 21, 2023. The IRLI "moves . . . to proceed *pro hac vice* in the above-captioned case with current Texas counsel and without counsel located within fifty (50) miles of the courthouse." *Id* at 1. In support of this Motion, the IRLI "submits that current Texas counsel, Paul M. Davis, is a member of the State Bar of Texas and the bar of this Court," and that "Mr. Davis has previously served as local counsel for movant and *amicus curiae* the Immigration Reform Law Institute in this District, is familiar with the local rules of this Court, and is available to attend hearings called by the Court on short notice." *Id.*

Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion. Because Northern District of Texas Local Civil Rule 83.10 has been waived as to the IRLI, it will not be required to obtain local counsel in the above-styled case.

**SO ORDERED**.

November 27, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE