IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | 2:22-CV-094-Z |

## NOTICE

Before the Court is the Parties' Jointly Proposed Briefing Schedule ("Briefing Schedule") (ECF No. 122). Having reviewed the Briefing Schedule, the Court **ADOPTS** it in full.

Accordingly, (1) Defendants' Answer deadline is stayed pending the Court's adjudication of Defendants' motion for reconsideration; (2) Plaintiff shall file its response to Defendants' motion for reconsideration by April 2, 2024; (3) Defendants shall file any reply in support of their motion for reconsideration by April 16, 2024; (4) Defendants shall file their Answer to Plaintiff's Complaint within two weeks of the Court entering an order on the motion for reconsideration, in the event the Court does not grant Defendants relief; and (5) within two weeks of the Court's entry of an order on Defendants' motion for reconsideration, the parties shall confer and propose specific dates for filing the administrative record and for a briefing schedule for their cross motions for summary judgment.

The Court issues notice accordingly.

March 18, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE