United States District Court
Northern District of Texas
Amarillo Division

STATE OF TEXAS,
    *Plaintiff,*

v.

ALEJANDRO MAYORKAS, *et al.;*
    *Defendants.*

Case 2:22-cv-00094-Z

## AMENDED JOINTLY PROPOSED BRIEFING SCHEDULE

    The parties previously filed a Jointly Proposed Briefing Schedule on July 9, 2023 (ECF 135). The Court has not entered a scheduling order to date.

    Defendants filed the certified administrative record (ECF 139, 140) on August 9, 2024. Because two attorneys for Plaintiff have moved to withdraw from this case (ECF 142, 144) and two attorneys for Plaintiff have filed notices of appearance in this case since July 9 (ECF 143, 145), the parties now wish to propose the following amended briefing schedule for the Court's consideration.

1. Plaintiff will file its motion for summary judgment by **October 18, 2024**.

2. Defendants will file their cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment by **November 19, 2024**.

3. Plaintiff will file its opposition to Defendants' motion for summary judgment and its reply in support of Plaintiff's motion for summary judgment by **December 16, 2024**.

4. Defendants will file their reply in support of Defendants' motion for summary judgment by **January 13, 2025**.

The motions for summary judgment will then stand fully submitted for the Court's adjudication. A proposed order reflecting this schedule is submitted herewith.

| | |
|---|---|
| Dated: August 22, 2024 | Respectfully submitted. |
| Gene P. Hamilton<br>America First Legal Foundation<br>611 Pennsylvania Avenue SE, #231<br>Washington, DC 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org | Ken Paxton<br>Attorney General<br><br>Brent Webster<br>First Assistant Attorney General<br><br>Ralph Molina<br>Deputy First Assistant Attorney General |
| James Rogers<br>Utah Bar No. 18783<br>America First Legal Foundation<br>611 Pennsylvania Avenue SE, #231<br>Washington, DC 20003<br>(480) 570-4988<br>James.Rogers@aflegal.org | Austin Kinghorn<br>Deputy Attorney General for Legal Strategy<br><br>Ryan Walters<br>Chief, Special Litigation Division<br>Texas Bar No. 254105085<br><br>/s/ *David Bryant*<br>David Bryant<br>Attorney-in Charge<br>Senior Special Counsel<br>Texas Bar No. 03281500<br><br>Munera Al-Fuhaid<br>Special Counsel<br>Texas Bar No. 24094501<br><br>Office of the Attorney General<br>Special Litigation Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700<br>David.Bryant@oag.texas.gov<br>Munera.Al-Fuhaid@oag.texas.gov<br><br>***Counsel for the State of Texas*** |

| | |
|---|---|
| BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>ERIN T. RYAN |
| WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section | ELISSA P. FUDIM<br>*Trial Attorneys*<br><br>U.S. Department of Justice<br>Civil Division |
| EREZ REUVENI<br>*Senior Counsel* | Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station |
| BRIAN C. WARD<br>*Senior Litigation Counsel* | Washington, DC 20044<br>Tel.: (202) 598-7537<br>Joseph.a.darrow@usdoj.gov<br><br>ELIZABETH TULIS<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice<br><br>*Counsel for Defendants* |

### CERTIFICATE OF SERVICE

On August 22, 2024, I filed this document through the Court's CM/ECF system, which automatically serves it upon all counsel of record.

/s/ *David Bryant*
DAVID BRYANT