IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, | |
| Plaintiff, | |
| v. | 2:22-CV-094-Z |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Place Case in Abeyance for 60 Days ("Motion") (ECF No. 173), filed February 27, 2025. The parties agree that a "number of recent executive directives have the potential to impact and possibly narrow the issues presented" in this case. ECF No. 173 at 2. Defendants need "further time to determine" their impact. *Id.* Doing so would "prevent the Court and parties from expending time and resources on adjudicating claims that may be substantially changed and/or narrowed." *Id.*

Plaintiff is challenging the Asylum Processing IFR but at least two recent executive orders likely change how the processes in the IFR are executed. Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers, 87 Fed. Reg. 18078 (Mar. 29, 2022) (to be codified at 8 C.F.R. pts. 1003, 1208, 1235, 1240); Securing Our Borders, 90 Fed. Reg. 8467 (Jan. 30, 2025); Protecting the American People Against Invasion, 90 Fed. Reg. (Jan. 29, 2025).

The Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882 n.42 (5th Cir. 2022) (en banc)

(citing "the cardinal principle of judicial restraint [that] if it is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Labs, Inc. v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court therefore **STAYS** all proceedings and deadlines in this case until **April 28, 2025**.

The parties are **ORDERED** to file a status report **on or before April 28, 2025**. The parties may refile and reargue any motions they desire following the submission of their status report. The Court **DIRECTS** the Clerk of the Court to administratively close this case.

**SO ORDERED.**

March 3, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2