**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-00094 |
| | ) | |
| ALEJANDRO MAYORKAS, | ) | **DECLARATION OF ERIC RUARK** |
| in his official capacity as | ) | |
| Secretary of Homeland Security, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**DECLARATION OF ERIC RUARK**

I, Eric Ruark, based upon my personal knowledge and information made known to me in the course of my official employment hereby declare, to the best of my knowledge, information, and belief, as follows relating to the above-captioned matter:

1.    I am the Assistant Secretary for Border Security and Immigration Policy in the Office of Strategy, Policy, and Plans at the Department of Homeland Security. Prior to holding this position, I worked on immigration policy for fifteen years in the non-profit sector. I have personal knowledge regarding the plans for the interim final rule ("IFR") jointly issued by the Departments of Justice and Homeland Security, entitled *Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers*, 87 Fed. Reg. 18078 (Mar. 29, 2022).

2.    On December 31, 2025, in response to the Joint Status Report, ECF No. 189, the Court stayed this case "pending DHS's recission of the Rule" and ordered Defendants to "file another status report no later than ninety (90) days after the date of this Order." ECF No. 190.

3.    As I informed the Court in my December 19, 2025 Declaration, "DHS, in consultation with the Department of Justice Executive Office for Immigration Review, has decided to move expeditiously to rescind the provisions of the IFR, including the provisions that created AMIs, amended the regulations regarding parole of aliens in expedited removal, streamlined immigration judge removal proceedings for aliens denied asylum in an AMI, and changed credible fear procedures. This process may take the form of multiple rulemakings." ECF No. 189-1.

4.    As of today, DHS continues to move expeditiously to rescind the provisions of the IFR, including the provisions that created AMIs, amended the regulations regarding parole of aliens in expedited removal, streamlined immigration judge removal proceedings for aliens denied asylum in an AMI, and changed credible fear procedures. DHS is working on the drafting and clearances necessary for issuance of the rulemaking.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed this 31st day of March, 2026.


_____
Eric Ruark
Assistant Secretary for Border & Immigration Policy
U.S. Department of Homeland Security