IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS,

Plaintiff,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.

2:22-CV-094-Z

**ORDER**

Before the Court is the parties' Joint Status Report, filed July 1, 2026. ECF No. 195. As the parties acknowledge, the Court's previous Order continuing the stay in this case stated that "[t]he Court has continued the stay in this case several times and granted several related extensions." ECF No. 192 at 2 (citing ECF Nos. 174, 176, 178, 188, 190). In the same Order, the Court also told the parties that the previous extension would "be the last" in this case, and that the Court "will lift the stay and adjudicate Texas's pending Motion for Summary Judgment" if the challenged Rule had not been rescinded. *Id.*

Defendants still "cannot commit to [a] date for publication of the rulemaking(s) that will rescind" the challenged provisions of the Rule. ECF No. 195 at 2. The Clerk of Court is therefore **DIRECTED** to reopen this case. To give the parties an opportunity to address potentially relevant legal and factual developments since this case was initially stayed, the parties' cross-motions for summary judgment (ECF Nos. 154, 159) are **DENIED** as moot, and the Court **GRANTS** the parties leave to refile their respective motions **within thirty days of the date of this Order**.

**SO ORDERED.**

July 2, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE