**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-0094-Z |
| | ) | |
| Markwayne Mullin, | ) | |
| in his official capacity as | ) | |
| Secretary of Homeland Security, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

Defendants hereby move for summary judgment and request that the Court deny all of Plaintiff's claims in this action. For the reasons given in the accompany brief (which contains the matters required by the local civil rules), and as substantiated by the administrative record that was previously filed and the exhibits attached to the accompanying brief, the Court should grant summary judgment in favor of Defendants.

Dated: August 3, 2026          Respectfully submitted,

 BRETT A. SHUMATE
*Assistant Attorney General*


/s/ *Elissa Fudim*
ELISSA P. FUDIM

*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 451-7460
Elissa.p.fudim@usdoj.gov


/s/ *Michael Geradi*
MICHAEL GERARDI
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 598-7613
michael.gerardi@usdoj.gov